

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00507-CV

IN THE INTEREST OF E.W.J. AND
L.J., CHILDREN

-----------

FROM COUNTY COURT AT LAW NO. 1 OF PARKER COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered appellant's "Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: MCCOY, GARDNER, and WALKER, JJ.

DELIVERED: September 20, 2012

---

[1]*See* Tex. R. App. P. 47.4.